UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard B. Brozo,

Plaintiff,

vs.

Oracle Corporation,
a Delaware corporation,

Defendant.

Civil No. 00-751 (RHK/JMM)

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

The parties to the above-captioned matter, through their counsel, hereby stipulate and agree as follows regarding the Scheduling Order:

1. The parties have cooperated in managing the discovery schedule in this matter and are working diligently to conduct and conclude the discovery.

2. The current Scheduling Order requires that non-expert discovery be completed on or before January 1, 2001.

3. The parties propose that the Scheduling Order dated June 26, 2000, in the above-captioned matter be amended so as to require non-expert discovery to be completed on or before April 1, 2001.

4. The Court's Scheduling Order of June 26, 2000, shall remain unchanged in all other respects.

2018306v1

DEC 07 2000

**AGREED:**

Dated: DECEMBER 5, 2000

Daniel L. Palmquist (#247694)

**LEONARD, STREET AND DEINARD**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

**ATTORNEYS FOR DEFENDANT ORACLE CORPORATION**

Dated: December 6, 2000

James H. Kaster (#53946)
Steven Andrew Smith (#260836)

**NICHOLS, KASTER & ANDERSON**
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1919

**ATTORNEYS FOR PLAINTIFF RICHARD BROZO**

**IT IS SO ORDERED:**

Dated: 12/7/00

JOHN M. MASON
United States Magistrate Judge

2018306v1