00-751 RHK/Jmm

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR SEPTEMBER, 2001 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning September 1, 2001. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED BY** August 15, 2001 (filing shall be in St. Paul):

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By August 22, 2001:

(a) Responsive briefs to Motions in Limine shall be served and filed (in St. Paul);

(b) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony, shall be served and filed (in St. Paul) (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(c) Replies to Trial Briefs shall be served and filed (in St. Paul).

FILED JUL 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

By August 27, 2001, Responses to the Written Objections shall be served and filed (in St. Paul).

Dated: July 2, 2001

RICHARD H. KYLE
United States District Judge

| | | |
|---|---|---|
| 1. | Richard B. Brozo | James Kaster<br>612-338-1919 |
| | vs CV 00-751 RHK/JMM<br>JURY | |
| | Oracle Corporation | Daniel Palmquist<br>612-335-1500 |
| 2. | David M. Armstrong | Richard Hechter<br>612-512-7512 |
| | vs CV 00-1152 RHK/JMM<br>JURY | |
| | Michael Kaneko etal | James Moore<br>612-673-2010 |
| 3. | Julie Williams | James Kaster<br>612-338-1919 |
| | vs CV 00-1524 RHK/JMM<br>JURY | |
| | Paul Ebert | Jon Iverson<br>952-896-3700 |