**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard B. Brozo,

Plaintiff,

Civil No. 00-751 (RHK/JMM)

vs.

**ORDER**

Oracle Corporation, a Delaware corporation,

Defendant.

---

The Court has determined that the documents relied upon by the parties in support of their respective summary judgment motions are ambiguous; that is, they are susceptible of more than one meaning. Accordingly, the meaning of those documents becomes a question of fact and the granting of summary judgment in favor of either party would be inappropriate.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 12) is **DENIED**;

2. Defendant's Motion for Summary Judgment (Doc. No. 15) is **DENIED**;

3. Trial before the undersigned and a jury will begin at 9:00 a.m. on Wednesday, September 12, 2001, in St. Paul.

4. The schedule for exchanging and filing trial materials, as established in this Court's July 2, 2001 Order, is **AMENDED** to add ten (10) days to each of the dates set forth therein.

Dated: July 26, 2001

RICHARD H. KYLE
United States District Judge

FILED JUL 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500