UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Richard B. Brozo,

Plaintiff,

Civil No. 00-751 (RHK/JMM)

vs.

**ORDER**

Oracle Corporation, a Delaware corporation,

Defendant.

---

Defendant seeks a continuance of the September 12, 2001, trial date on the grounds of the unavailability of several witnesses. This case was initially deemed ready for trial on September 1, 2001 in the June 27, 2000 Pretrial Schedule Order, and a formal trial notice for September 1 was filed on May 1, 2001. The Court is sympathetic to the scheduling problems outlined in the moving papers, but believes that the trial should proceed on September 12. The Court will allow for the calling of witnesses out of order to accommodate some of the scheduling issues. Although it would not appear to the undersigned that more than two days of testimony will be required, the Court does have available and "open" the trial dates of September 12, 13, 14 and 17. If starting on September 13 or 14 and finishing on September 17 would be preferable, the Court will entertain such a request. The case must be concluded (to the jury) by the end of the day on September 17.

FILED AUG 08 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Upon all the files, records and proceedings herein, **IT IS ORDERED** that Defendant's Motion to Continue Trial Date is **DENIED**.

Dated: August 8, 2001

RICHARD H. KYLE
United States District Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500