**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard B. Brozo,

Plaintiff,

Civil No. 00-751 (RHK/JMM)

vs.

**ORDER**

Oracle Corporation, a Delaware corporation,

Defendant.

---

The Court will hear oral argument on Defendant's Motion for Judgment as a Matter of Law/New Trial and Plaintiff's Motion for Prejudgment Interest, etc. on Friday, November 16, 2001 at 10:00 a.m.

Plaintiff shall file a responsive memorandum to Defendant's Motion by November 8; Defendant shall respond to Plaintiff's Motion by November 9. Each party may file a brief "reply" memorandum by November 13.

Dated: November 5, 2001

RICHARD H. KYLE
United States District Judge

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK