**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard B. Brozo,

Plaintiff,

**File Number 00-751 (RHK/JMM)**

vs.

Oracle Corporation,
a Delaware corporation

Defendant.

---

**STIPULATION AND ORDER**
**REGARDING SUPERSEDEAS BOND**

**STIPULATION**

WHEREAS, the Court on December 28, 2001 issued its Memorandum Opinion and Order denying Oracle Corporation's ("Oracle") Motions for Judgment as a Matter of Law, or, in the alternative, a New Trial and granting Plaintiff's Motion for Prejudgment Interest, Statutory Penalty, Attorneys' Fees and Costs;

WHEREAS, on October 12, 2001 the jury returned a verdict and on October 17, 2001 the Court entered judgment on that verdict against Oracle;

WHEREAS. Oracle has advised Plaintiff that it intends to file a Notice of Appeal;

WHEREAS, the parties have agreed and stipulate to a stay based on security in the form of a supersedeas bond pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

NOW THEREFORE, Plaintiff and Defendant hereby agree and stipulate that:



FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

1. A supersedeas bond in the amount of $1,025,000 is satisfactory pursuant to Fed. R. App. P. 7 and 8 to protect Plaintiff's interests, including the judgment, interest attorneys' fees, penalty, and any costs and disbursements, including those on appeal.

2. The parties agree that the attached form of supersedeas bond is acceptable. The parties also agree to the amount of the bond as contained in the attached form.

3. Any and all proceedings are stayed and any and all efforts to enforce or collect on the Court's December 28, 2001 Judgment, including interest, statutory penalty, attorneys' fees, costs and disbursements are enjoined until:

a. the time for an appeal from the Judgment shall have expired without a notice of appeal from the Judgment having been filed and served;

b. an appeal from the Judgment shall have been dismissed (without further right of appeal or review); or

c. final judgment (without further right of appeal or review) shall have been entered on the decision of the United States Court of Appeals for the Eighth Circuit on an appeal from the Judgment (and any Order related thereto).

4. The Defendant shall cause to be filed with the Clerk of Court, United States District Court for the District of Minnesota, a supersedeas bond in the form attached no later than ten (10) days from the date this Order is signed. If the Defendant fails to do so, then notwithstanding any other provision of this Stipulation and Order, the stay agreed to and ordered in paragraph 3 (above) shall immediately cease to be in effect.

**AGREED:**

NICHOLS, KASTER & ANDERSON

Dated: January 25, 2002

By:________________________________

James H. Kaster (#53946)
Steven Andrew Smith (#260836)
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 338-1919

**ATTORNEYS FOR PLAINTIFF**

LEONARD STREET AND DEINARD
PROFESSIONAL ASSOCIATION

Dated: January 25, 2002

By:________________________________

Daniel L. Palmquist (#217694)
Joel E. Abrahamson (#236895)
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

**ATTORNEYS FOR DEFENDANT**

**ORDER**

IT IS SO ORDERED.

Dated: January 27, 2002

________________________________
Richard H. Kyle
United States District Court Judge

**Court Undertaking**

Bond No. ____________________

Address of Surety for Service of Process:

Federal Insurance Company
801 S. Figueroa
Los Angeles, CA 90017

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard B. Brozo,

Plaintiff,

vs.

Oracle Corporation,
a Delaware corporation

Defendant.

Civil No. 00-751 (RHK/JMM)

**UNDERTAKING FOR APPEAL**

---

WHEREAS, the above-named DEFENDANT, desires to give undertaking for APPEAL.

NOW, THEREFORE, the undersigned Surety does hereby obligate itself to said PLAINTIFF, under statutory obligations in the sum of One million and twenty-five thousand ($1,025,000).

IN TESTIMONY WHEREOF, the said Surety has caused its corporate name and seal to be hereunto affixed by its duly authorized officer at Los Angeles, CA on this ____ day of __________, 2002.

Federal Insurance Company

By:_________________________________