**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard B. Brozo,

Plaintiff,

Civil No. 00-751 (RHK)

vs.

**ORDER**

Oracle Corporation, a Delaware corporation,

Defendant.

---

Pursuant to the directive of the Eighth Circuit, filed March 28, reversing this Court's denial of Oracle's Motion for Judgment as a Matter of Law and vacating the jury's verdict, **IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 29, 2001

RICHARD H. KYLE
United States District Judge

JUL 29 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 29 2003
DEPUTY CLERK