**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard B. Brozo,

Plaintiff,

Civil No. 00-751 (RHK)

vs.

**ORDER**

Oracle Corporation, a Delaware corporation,

Defendant.

---

Pursuant to the directive of the Eighth Circuit, filed March 28, reversing this Court's denial of Oracle's Motion for Judgment as a Matter of Law and vacating the jury's verdict, **IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 11, 2003

RICHARD H. KYLE
United States District Judge

DEC 1 1 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 1 1 2003
DEPUTY CLERK